**Opinion issued August 10, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00147-CV

_____

**RICHARD STILLWELL A/K/A WILBERT RICHARD STILLWELL,**
**Appellant**

**V.**

**NORTH EAST PINE VILLAGE HOME OWNERS ASSOCIATION D/B/A**
**PINE VILLAGE NORTH ASSOCIATION, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-74522**

---

## MEMORANDUM OPINION

Appellant, Richard Stillwell, also known as Wilbert Richard Stillwell, has

neither paid the required fees nor established indigence for purposes of costs. *See*

TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN.

§§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On March 21, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by April 20, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On April 12, 2023, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by May 12, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.